JOHN TIMBERS *v.* 294 FARMINGTON REALTY
COMPANY ET AL.
(AC 24083)

Lavery, C. J., McLachlan and Dupont, Js.

Submitted on briefs January 7—officially released February 10, 2004

Per Curiam. The judgment is affirmed.

STEPHEN WATSON *v.* MARY JO WATSON
(AC 23241)

Flynn, Bishop and Hennessy, Js.

Argued January 13—officially released February 10, 2004

Per Curiam. The judgment is affirmed.

JACK CANSLER *v.* COMMISSIONER OF CORRECTION
(AC 23540)

Dranginis, Flynn and Bishop, Js.

Submitted on briefs January 23—officially released February 10, 2004

Per Curiam. The judgment is affirmed.